UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

D-6 FRED JAJOU,

    Defendant.
_____/

Case No. 00-81002-6

Hon. John Corbett O'Meara

### ORDER DENYING MOTIONS TO COMPEL DISCOVERY, SEVER TRIALS, DISMISS INDICTMENT AND FOR A BILL OF PARTICULARS

Before the court are several motions filed by Defendant Fred Adel Jajou. On September 20, 2005, Defendant filed a motion to compel discovery, sever trials, and to dismiss the indictment. The court denied Defendant's motion for the reasons stated on the record at the hearing held December 22, 2005.

On April 10, 2006, Defendant filed a motion to compel discovery, to which the United States responded on April 17, 2006. Defendant also filed a motion for a bill of particulars on May 23, 2006. The government responded on May 31, 2006; and Defendant submitted a reply brief on July 7, 2006. The court heard oral argument on these motions on July 13, 2006. For the reasons stated on the record, Defendant's motions are denied.

IT IS HEREBY ORDERED that Defendant's September 20, 2005 Motion to Compel Discovery, Sever Trials, and Dismiss Indictment [docket # 275] is DENIED.

It is further ORDERED that Defendant's April 10, 2006 Motion to Compel Discovery [docket # 289] is DENIED.

It is further ORDERED that Defendant's May 23, 2006 Motion for a Bill of Particulars [docket # 292] is DENIED.


Dated: July 19, 2006

                 s/John Corbett O'Meara
                 United States District Judge


<u>Certificate of Service</u>

I hereby certify that a copy of this Order was served upon the attorneys of record by electronic means or U. S. Mail on July 19, 2006.

                 s/William J. Barkholz
                 Courtroom Deputy Clerk